# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND
LINDA TORRES

VERSUS

THE ST. TAMMANY PARISH
GOVERNMENT

NO.  2020 CW 0114

**APR 2 8 2020**

CONSOLIDATED WITH

ANTHONY MASITA

VERSUS

JOHN MAUMOULIDES; LAKELOTS,
INC.; INTREPID, INC.; ONE
CONSORT INTERNATIONAL, LLC;
LAKE RAMSEY DEVELOPMENT AND ST.
TAMMANY PARISH

---

In Re:   St. Tammany Parish Government, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2018-10697 c/w 2013-14638

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT